**Jonathan Lee RUSSELL, Appellant,**

v.

**Jennifer Arlene RUSSELL, Respondent.**

**No. WD 72634.**

Missouri Court of Appeals, Western District.

April 5, 2011.

John F. Burns, St. Joseph, MO, for Appellant.

Thomas R. Summers, St. Joseph, MO, for Respondent.

Before Division I: MARK D. PFEIFFER, Presiding Judge, and THOMAS H. NEWTON and ALOK AHUJA, Judges.

**Order**

PER CURIAM:

Jonathan Lee Russell appeals from the judgment entered in the Circuit Court of Holt County, Missouri, in favor of his former wife, Jennifer Arlene Russell, in her independent suit in equity to divide marital property not divided by the judgment entry for dissolution of their marriage. Finding no error, we affirm the trial court's judgment and have provided the

parties a memorandum of law explaining our ruling. Rule 84.16(b).

■

**Kathleen MARRIOTT, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 72830.**

Missouri Court of Appeals, Western District.

April 5, 2011.

Kathleen A. Marriott, Appellant pro se.

Shelly A. Kintzel, Jefferson City, MO, for respondent.

Before Division Three: CYNTHIA L. MARTIN, Presiding Judge, JAMES E. WELSH, Judge and GARY D. WITT, Judge.

**ORDER**

PER CURIAM:

Kathleen Marriott appeals the decision of the Labor and Industrial Relations Commission denying her unemployment benefits.

We affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.